# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

LELAND FOSTER,

    Plaintiff,

    v.

AVENIR HOSPITALITY, LLC,

    Defendant.

Civil Action No. 1:12-CV-118 JVB

**ORDER**

Pursuant to the agreement between Defendant and the only remaining Plaintiff, Leland Foster, this action is **DISMISSED WITH PREJUDICE**. (DE 13.) The Clerk is **DIRECTED** to close the case.

**SO ORDERED** on October 18, 2012.

                                              s/ Joseph S. Van Bokkelen
                                              JOSEPH S. VAN BOKKELEN
                                              UNITED STATES DISTRICT JUDGE